# NO. 12-23-00324-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *CHARLES BREWSTER, INDIVIDUALLY AND AS ATTORNEY-IN-FACT FOR ARTHUR BREWSTER AND AUSTIN BREWSTER, EXECUTOR OF THE ESTATE OF ALMA JEAN BREWSTER, DECEASED, APPELLANT* | § | *APPEAL FROM THE 4TH* |
| | § | *JUDICIAL DISTRICT COURT* |
| *V.* | | |
| *DELBERT LYNN GOSS AND ROY LYNN LEMLEY, APPELLEES* | § | *RUSK COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant, Charles Brewster, individually and as attorney-in-fact for Arthur Brewster and Austin Brewster, executor of the Estate of Alma Jean Brewster, deceased, filed a joint motion to dismiss this appeal. No decision has been delivered in this appeal. Accordingly, Appellant's joint motion to dismiss is granted, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.1(a)(1). Costs are taxed against the party incurring same.

Opinion delivered October 9, 2024.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**OCTOBER 9, 2024**

**NO. 12-23-00324-CV**

**CHARLES BREWSTER, INDIVIDUALLY AND AS ATTORNEY-IN-FACT FOR ARTHUR BREWSTER AND AUSTIN BREWSTER, EXECUTOR OF THE ESTATE OF ALMA JEAN BREWSTER, DECEASED,**
Appellant
V.
**DELBERT LYNN GOSS AND ROY LYNN LEMLEY,**
Appellees

---

Appeal from the 4th District Court
of Rusk County, Texas (Tr.Ct.No. 2023-120)

---

THIS CAUSE came on to be heard on the joint motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance. Costs are taxed against the party incurring same.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*